No. 317.   CRITES, INCORPORATED, *v.* PRUDENTIAL INSUR-
ANCE CO. ET AL.   November 8, 1943.   Petition for writ of

certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Isaac E. Ferguson* for petitioner. *Mr. Ralph G. Martin* for respondents.